UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Yvonne Frost_

Write the full name of each plaintiff.

20 CV 873

(Include case number if one has been assigned)

-against-

_City of New York (HRA)_
_World Trade Center_
_United States SD Court_
_N.Y.P.D_
_NYC M.T.A_

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

COMPLAINT

Do you want a jury trial?
☐ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_Abuse of Power_
_Discrimination_
_Targeting_

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
      (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
             (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_YVONNE_                  _FROST_
First Name        Middle Initial     Last Name

_40 ANN STREET_
Street Address

_NEW YORK_          _NY_         _10038_
County, City                State         Zip Code

                                _Yvonne.Frost1@aol.com_
Telephone Number                Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: **World Trade Center**
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
**New York** — **NY**
County, City / State / Zip Code

Defendant 2: **United States SD Court**
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
**New York** — **NY**
County, City / State / Zip Code

Defendant 3: **N. Y. P. D.**
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
**New York** — **NY**
County, City / State / Zip Code

Defendant 5: City of New York (HRA)
NY, NY 10007

Defendant 4: __NYC MTA__
First Name _____ Last Name

Current Job Title (or other identifying information)
_____

Current Work Address (or other address where defendant may be served)
__Brooklyn__ __NY__
County, City _____ State _____ Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: __New York, Brooklyn, Bronx__

Date(s) of occurrence: __2 years — Present (1/31/20).__

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I am constantly under attack by the defendants. I am holding the defendants accountable for being driven by hate, jealousy and greed to commit a wrongful act of financially wiping out my account.

I kept hearing the defendants saying "what's your name, what's your name — kill her."

In light of that and an unfolding scene at about 9:10pm last night I'll light all those candles I said I would another time (3 weeks).

On train car #6316 a woman I view as a "murderer" came to do an abortion on me. She said let me dip my hands in that water their — how many is there one"?

The "undertakers" about four of them were on board too.

I heard "what did I asked you?" "You open doors." I knew both of their mission and shouted one phrase of thunder fire - they all got up and ran. One of them had said "She's gonna take back her stuff now". The woman wore a jeans outfit, high boots and peepers.

It appears to me that specific defendant is in unison with the death of my unborn. At 6:42am a man passed by with DIE written on his sleeve. He exited John Street from the Fulton Center.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Pain, suffering, hunger. Diminishing vision, hearing and memory. Shock and disbelief. Shattered thorax, stitched inner lip. Various sexual assault. Shoulder out of socket. Exposure to the elements. Unhealthy eating - no stove. Hygiene diminishing because of pressure being applied to use the rest-rooms.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I would like to ask the court to order the defendants compensate me for all wrongful actions and restore what was stolen.

I would like to ask the court to order the defendants give me my keys to my luxurious home.

FACT 2

It appears to me the defendants are targetting me. I felt ambushed by three or four NYPD officers last night on the W.T.C. platform. I stopped for a brief while and told them so. It appeared to me NYPD strategically stalked me and emerged from the corner of Oculus just as I was about to enter the corner.

NYPD did not come there to give me a lollipop. That made me uncomfortable - their move and their presence. When they come around most citizens are suppose to feel safer. They are there to protect and serve, not the opposite. Once again I am holding NYPD accountable for stalking with the intentions to financially deplete me.

Business people are sending me important information but the way it is presently coming over/across is cut-off/unfinished. My receptor has been badly damaged by a blow I received to my temple on the train-tracks.

I kept saying it was the two (2) botched MRI's tampering the defendants did to me about 2 years ago. Yesterday I was reminded via vision it is the blow track blow incident taking up invasion. This weak is the brain-child of MTA/HRA. It is very frustrating for me because this is the way the defendants/court mostly communicates. Hence the reason I said the court should let the public know about their way of com-munications.

I physically see a well-known company wiggling its way into my judicial issues to join the band wagon. Their motive free relief piggy-backing. Heads up when they "emerge" deal with them harshly. There are too many companies doing unscrupolous business with the defendants.

FACT 3

I still have not received my other half of benefit cash from HRA. I am on the verge of starvation. HRA is not only starving me by with-holding my cash but my "unborn." I would like to ask the court to order HRA to release the other half of cash assistance so my "unborn" child and myself can eat not starve to death.

I am holding the defendants accountable for STARVATION of my unborn and myself which can lead to death while blocking up most of my path. Those paths are soup kitchens and pantries. See the dilemna.

PS  A squad of NYPD officers showed up in city hall park where I sat writing my order this morning. About five left and two stayed back. When the five were leaving I said to the "supervisor" I know you came to get under my skin. They are harassing me by continuously being in my presence for/to provoke me and steal from me.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 1/31/20           Plaintiff's Signature: Yvonne Frost

First Name: YVONNE    Middle Initial: _____    Last Name: FROST

Street Address: 40 Ann Street

County, City: New York    State: NY    Zip Code: 10038

Telephone Number: _____    Email Address (if available): Yvonne.Frost1@aol.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7